# NO. 12-13-00184-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SAMOA GABRIELLE SCOTT,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

After the trial court accepted Appellant's guilty plea, Appellant was convicted of the offense of possession of a controlled substance. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and Appellant's counsel. We have also received the clerk's record, which supports the trial court's certification. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered May 31, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2013**

**NO. 12-13-00184-CR**

**SAMOA GABRIELLE SCOTT**,
Appellant
V.
**THE STATE OF TEXAS**,
Appellee

---

Appeal from the 114th Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 114-0286-13)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*